# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| CHAD LAVALAIS,<br><br>     Plaintiff,<br><br>v.<br><br>PEACHSTATE ARCHITECTURAL, LLC, WILLIAM CANNON, and THOMAS CANNON,<br><br>     Defendants. | CIVIL ACTION FILE NO.<br><br>2:12-CV-00235-WCO |

## AMENDED NOTICE OF DISMISSAL

Plaintiff Chad Lavalais, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby files this amended notice of voluntary dismissal. This notice is signed by all parties who have appeared.

[Signatures on Following Page]

**RESPECTFULLY SUBMITTED**:   December 11, 2012

| | |
|---|---|
| **MAYS & KERR LLC** | /s/ Viraj Parmar |
| 229 Peachtree Street NW | Viraj Parmar |
| International Tower \| Suite 980 | Ga. Bar No. 996884 |
| Atlanta, GA 30303 | viraj@maysandkerr.com |
| Telephone:  (404) 410-7998 | |
| Facsimile:   (877) 813-1845 | Jeff Kerr |
| Attorneys for Plaintiff | Ga. Bar No. 634260 |
| | Jeff@maysandkerr.com |

| | |
|---|---|
| Ralph L. Phillips | /s/ Ralph L. Philips |
| Ralph L. Phillips, P.C. | Ralph L. Phillips |
| P.O. Box 782 | Georgia Bar No. 575942 |
| Dawson, Georgia 39542 | |
| (229) 995-3440 | |

Attorney to Defendant

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel hereby certify that the foregoing pleading has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1C.

**THIS** 11<u>th</u> day of December, 2012

/s/ Viraj Parmar
Viraj Parmar

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| CHAD LAVALAIS,<br><br>      Plaintiff,<br><br>v.<br><br>PEACHSTATE ARCHITECTURAL, LLC, WILLIAM CANNON, and THOMAS CANNON,<br><br>      Defendants. | CIVIL ACTION FILE NO.:<br><br>2:12-CV-00235-WCO |

## CERTIFICATE OF SERVICE

I certify that on December 11, 2012 I delivered the foregoing Amended Notice of Dismissal to every party by mailing it to their last known addresses.

/s/ Viraj Parmar
Viraj Parmar